UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HANDEL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH B. EDLOW, et al.,[1]<br><br>　　　　Defendants. | Case No. 1:25-cv-00584-HBK[2]<br><br>ORDER GRANTING DEFENDANTS' MOTION TO VACATE OCTOBER 6, 2025 MOTION HEARING<br><br>(Doc. No. 20) |

　　　　Pending before the Court is Defendants' motion to vacate the hearing on their motion to dismiss (Doc. No. 10), currently set for October 6, 2025, due to the lapse in appropriations to the Department of Justice at the end of the day on September 30, 2025. (Doc. No. 20). Defendants request that the Court take the motion to dismiss under submission on the briefs, or in the alternative, reset the motion for a later date after funding is restored. (*Id.*).

　　　　At this stage of proceedings, the Court believes it would benefit from oral argument and therefore declines to take the motion to dismiss under submission on the briefs.

////

---

[1] As noted by Defendants, Defendant Kika Scott's successor in office, Joseph B. Edlow, is automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).

[2] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. §636(c)(1). (Doc. No. 17).

1

Accordingly, it is **ORDERED:**

1. Defendants' motion to vacate the October 6, 2025 hearing on the motion to dismiss (Doc. No. 20) is GRANTED.
2. No later than seven (7) days after Congress has restored appropriations to the Department of Justice, the parties shall file a stipulation setting a new hearing date.
3. The Clerk of Court is directed to update the docket to reflect the substitution of Joseph B. Edlow as a named Defendant in place of Kika Scott.

Dated:    October 3, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE